(July 22, 1970)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT RIVERA, Petitioner, v. JAMES HARRISON, as Warden of Queens House of Detention, et al., Respondents.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.